

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2021

No. 04-20-00549-CV

**IN RE J.I.P., A.R.P., S.R.P., I.S.P., AND F.A.P., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02732
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file the appellant's brief is granted. We order the appellant's brief due February 8, 2021. Because this is an accelerated appeal from an order terminating parental rights that must be disposed of within 180 days of the notice of appeal, further requests for extensions will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2021.



_Michael J. Cruz_
Michael A. Cruz,
Clerk of Court